# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: Richard Timms Johnson )
Linda Inez Johnson )
) Case No. 08-12062
) Chapter 13
Debtor(s). ) Judge Honorable ~Wedoff~
)

**~Amended~**

## ORDER ALLOWING COMPENSATION FOR REPRESENTATION
## OF CHAPTER 13 DEBTOR
(For cases filed on or after 10/17/05)

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | |
|---|---|
| $_____ , | for legal services through confirmation of the plan. |
| $ 3,500.00 , | for legal services through conclusion of the case. |
| $_____ , | for legal services after confirmation of the plan. |
| $_____ , | for reimbursable expenses. |
| $ 3,500.00 | **total fees and reimbursement allowed.** |
| ($ 1,600 ) | less payment received from debtor prior to date of application. |
| $ 1,900 | **balance allowed under this order.** |

The Standing Trustee shall disburse the allowed balance pursuant to the priorities set out in the plan confirmed by this court. If the case has been dismissed, the Standing Trustee shall disburse the allowed balanced to the attorney forthwith, to the extent funds are availiable

Dated: **16 JUL 2009**

ENTER:

_Eugene R. Wedoff_
Bankruptcy Judge

Fees payable to: _Peter Geraci_

[Reset Form]

Form Order No. 23b (for cases filed on or after 10/17/05)

rev 032706