UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                    )
                                                          )
                                                          )       Case No. 08 B 12062
        RICHARD JOHNSON ET AL.,                           )
                                                          )
                                                          )
                                                          )       Chapter 13
                                                          )
        Debtors.                                          )
                                                          )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THE LAS OFFICES OF PETER FRANCIS GERACI, ATTORNEYS FOR THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF SUPPLEMENTAL COMPENSATION**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $33,663.50 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $3,143.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $30,520.00 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $30,520.00**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(1)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

**(2)    No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

**(3)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

1

**(4)** **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated NOV 5, 2009

                                                                                                   _____
                                                                                                   Carol A. Doyle
                                                                                                   United States Bankruptcy Judge

**EXHIBIT C**

## Time Itemization for Richard Johnson, Debtor

Docket No.: **08-12062**

| Date | Work | Employee Name | Title | Rate | Time | Value |
|---|---|---|---|---|---|---|
| 01/31/2009 | **Work Done**<br>received and reviewed certification of direct appeal to the court of appeals filed by Judge Wedoff | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.30 *(0.1)* | $ 105.00 *-$70* ① |
| 01/31/2009 | **Work Done**<br>received and reviewed notice of appeal from Trustee Marshall's office | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 *(0.1)* | $ 70.00 *-$35* |
| 02/02/2009 | **Client Email Received**<br>e-mail from client asking approximate timelines | Storer, Justin R. | Staff attorney | $ 275.00 | 0.20 | $ 55.00 |
| 02/02/2009 | **Client Email Received**<br>e-mail from client asking about appeal notice they received | Storer, Justin R. | Staff attorney | $ 275.00 | 0.10 | $ 27.50 |
| 02/02/2009 | **Client Email Sent**<br>e-mail to client explaining legal issue | Storer, Justin R. | Staff attorney | $ 275.00 | 0.10 | $ 27.50 |
| 02/03/2009 | **Client Email Received**<br>e-mail from client asking if we need anything else for the argument | Storer, Justin R. | Staff attorney | $ 275.00 | 0.20 | $ 55.00 |
| 02/03/2009 | **Client Email Sent**<br>e-mail introducing self, explaining legal issues involved and explaining that we'll be filing for additional fees for appeal work | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.30 | $ 105.00 ② |
| 02/03/2009 | **Client Email Sent**<br>e-mail to client discussing issues of case | Storer, Justin R. | Staff attorney | $ 275.00 | 0.20 | $ 55.00 |
| 02/03/2009 | **Client Email Sent**<br>e-mail to client as to what happens if 7th Circuit rules for Trustee | Storer, Justin R. | Staff attorney | $ 275.00 | 0.20 | $ 55.00 |
| 02/04/2009 | **Client Email Received**<br>e-mail from client explaining that he's authorizing us to file for additional compensation with Trustee's office | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 |
| 02/04/2009 | **Client Email Received**<br>e-mail from client asking for clarification regarding representation agreement | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 02/04/2009 | **Client Email Sent**<br>explanation that we'll draft a formal contract and have the client's sign it | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 |
| 02/04/2009 | **Client Email Sent**<br>e-mail to client clarifying that we'll be filing an amended claim with the trustee's office to get paid for our work | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 02/06/2009 | **Client Fax Received**<br>recieved and reviewed signed authorization to proceed on case | Russell, Nana Yaa O | Clerk | $ 85.00 | 0.10 | $ 8.50 |

③

| Time Itemization for Richard Johnson, Debtor | | | Docket No.: 08-12062 | | | |
|---|---|---|---|---|---|---|
| Date | Work | Employee Name | Title | Rate | Time | Value |
| 02/13/2009 | **Work Done** <br> reviewed notice of appeal from Trustee | Curtis, Nathan E. | Supervising attorney | $ 350.00 | ~~0.30~~ .1 | ~~$ 105.00~~ —$70 ① |
| 02/17/2009 | **Work Done** <br> researched and printed applicable case law | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 1.50 | $ 525.00 |
| 03/01/2009 | **Work Done** <br> read and reviewed applicable caselaw | Storer, Justin R. | Staff attorney | $ 275.00 | 6.00 | $ 1,650.00 |
| 03/17/2009 | **Work Done** <br> read recent article by law professor Waxman | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.50 | $ 175.00 |
| 03/17/2009 | **Work Done** <br> had telephone conversation with Law Professor Ned Waxman, William and Mary College of Law | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.50 | $ 175.00 |
| 03/26/2009 | **Work Done** <br> discussed brief, strategy with Attorney Storer | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.40 | $ 140.00 |
| 04/01/2009 | **Work Done** <br> discussed brief and strategy with Attorney Storer and researched Nowlin case (5th Circuit) | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.80 | $ 280.00 |
| 04/06/2009 | **Work Done** <br> discussed Trustee's brief | Storer, Justin R. | Staff attorney | $ 275.00 | 1.10 | $ 302.50 |
| 04/07/2009 | **Work Done** <br> received and reviewed Trustee appellant brief | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 1.10 | $ 385.00 |
| 04/08/2009 | **Work Done** <br> reviewed two law review articles on B22C | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 1.20 | $ 420.00 |
| 04/09/2009 | **Work Done** <br> researched applicable caselaw | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 2.60 | $ 910.00 |
| 04/09/2009 | **Work Done** <br> contemplated our argument and small little points thereof; the word "multiplied," 1129, "effective date of the plan," "shall be paid," Congresional intent, decision to avoid arguing under the absurdity doctrine, pre-BAPCPA analysis of "projected disposable income" | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 3.00 | $ 1,050.00 |
| 04/10/2009 | **Work Done** <br> wrote out disagreement with Trustee on 1129 argument | Storer, Justin R. | Staff attorney | $ 275.00 | 0.40 | $ 110.00 |
| 04/13/2009 | **Email Sent** <br> e-mail to Justin Storer's former professor at DePaul University College of Law | Storer, Justin R. | Staff attorney | $ 275.00 | 0.20 | $ 55.00 |
| 04/15/2009 | **Email Received** <br> received e-mail from Professor Waxman | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.30 | $ 105.00 |

**Time Itemization for Richard Johnson, Debtor**   Docket No.: **08-12062**

| Date | Activity | Employee Name | Title | Rate | Time | Value |
|---|---|---|---|---|---|---|
| 04/15/2009 | **Info Only Followup** <br> reviewed Waxman's e-mail | Storer, Justin R. | Staff attorney | $ 275.00 | 0.20 | $ 55.00 |
| 04/23/2009 | **Call Incoming** <br> spoke to Waxman on the phone | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.40 | $ 140.00 |
| 04/27/2009 | **Work Done** <br> worked on brief, reviewed relevant case law, outlined issues | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 4.10 | $ 1,435.00 |
| 04/28/2009 | **Call Incoming** <br> discussed issues with Professor Waxman | Storer, Justin R. | Staff attorney | $ 275.00 | 0.70 | $ 192.50 |
| 04/28/2009 | **Work Done** <br> Worked on brief. Suggestions for our statement of the issue, summary of the issue, and outline for argument | Storer, Justin R. | Staff attorney | $ 275.00 | 1.00 | $ 275.00 |
| 04/29/2009 | **Email Sent** <br> Drafted and sent email to Prof. Waxman regarding potential lines of argument | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 04/29/2009 | **Work Done** <br> Researched Rules of Federal Appellate Procedure | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.50 | $ 175.00 |
| 04/29/2009 | **Work Done** <br> worked on brief | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 6.00 | $ 2,100.00 |
| 04/29/2009 | **Work Done** <br> worked on brief | Storer, Justin R. | Staff attorney | $ 275.00 | 6.10 | $ 1,677.50 |
| 04/30/2009 | **Call Incoming** <br> phone call with Waxman discussing several issues | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.60 | $ 210.00 |
| 04/30/2009 | **Email Received** <br> Received and reviewed detailed email from Prof. Waxman regarding disposable income and the various approaches as different from the approach taken by Judge Wedoff in this Case | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.30 | $ 105.00 |
| 04/30/2009 | **Email Received** <br> email from Prof. Waxman regarding interpretations of "disposable income" | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 |
| 04/30/2009 | **Email Sent** <br> Email to Prof. Waxman asking his opinion as to relevance of Supreme Court case Midatlantic Nat'l Bank v. NJ | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 05/01/2009 | **Email Received** <br> Email from Prof. Waxman suggest application of section 521(a)(1)(B)(6) | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 05/01/2009 | **Email Received** <br> Email reply from Prof. Waxman | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 |

| Time Itemization for Richard Johnson, Debtor | | | Docket No.: 08-12062 | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Employee Name** | **Title** | **Rate** | **Time** | **Value** |
| 05/01/2009 | **Email Sent** <br> Response to Prof. Waxman | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 |
| 05/01/2009 | **Work Done** <br> worked on brief | | Storer, Justin R. | Staff attorney | $ 275.00 | 10.00 | $ 2,750.00 |
| 05/01/2009 | **Work Done** <br> worked on brief | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 10.00 | $ 3,500.00 |
| 05/02/2009 | **Email Sent** <br> Drafted email to Prof Waxman with copy of initial draft of argument for review | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 05/02/2009 | **Work Done** <br> reviewed and commented on brief | | Geraci, Peter F. | Principal | $ 400.00 | 1.30 | $ 520.00 |
| 05/02/2009 | **Work Done** <br> worked on brief | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 2.50 | $ 875.00 |
| 05/03/2009 | **Work Done** <br> worked on brief | | Storer, Justin R. | Staff attorney | $ 275.00 | 3.60 | $ 990.00 |
| 05/04/2009 | **Email Received** <br> Emailed response from Prof Waxman | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.30 | $ 105.00 |
| 05/04/2009 | **Email Received** <br> Email from Prof. Waxman commenting on initial draft of brief | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 |
| 05/04/2009 | **Email Sent** <br> Email to Prof. Waxman with copy of updated brief for review and comment | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 05/04/2009 | **Email Sent** <br> Drafted email to Prof Waxman regarding his comments | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 05/04/2009 | **Work Done** <br> worked on other portions of brief, statement of facts, issue, citations | | Storer, Justin R. | Staff attorney | $ 275.00 | 3.00 | $ 825.00 |
| 05/04/2009 | **Work Done** <br> worked on brief | | Storer, Justin R. | Staff attorney | $ 275.00 | 3.10 | $ 852.50 |
| 05/04/2009 | **Work Done** <br> worked on brief | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 3.10 | $ 1,085.00 |
| 05/04/2009 | **Work Done** <br> reviewed comments on draft by Prof. Waxman | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 1.10 | $ 385.00 |
| 05/04/2009 | **Work Done** <br> worked on brief | | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 3.00 | $ 1,050.00 |

# Time Itemization for Richard Johnson, Debtor

**Docket No.: 08-12062**

| Date | Activity | Description | Employee Name | Title | Rate | Time | Value |
|---|---|---|---|---|---|---|---|
| 05/04/2009 | Work Done | worked on brief | Storer, Justin R. | Staff attorney | $ 275.00 | 6.00 | $ 1,650.00 |
| 05/05/2009 | Outgoing Call | call to Waxman to discuss potential issues | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.50 | $ 175.00 |
| 05/05/2009 | Email Received | Email from Prof. Waxman with comments | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 05/05/2009 | Work Done | corrected and finalized brief, printed, signed where appropriate, and took to Kinko's for binding | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 7.20 | $ 2,520.00 ③ ④ |
| 05/05/2009 | Work Done | reviewed comments made by Prof Waxman on updated brief | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.60 | $ 210.00 |
| 05/06/2009 | Note to Client | sent copy of brief to debtors | Storer, Justin R. | Staff attorney | $ 275.00 | 0.20 | $ 55.00 ③ |
| 05/12/2009 | Email Received | Email from Prof Waxman re Section 101(10)(A)(ii) | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.30 | $ 105.00 |
| 05/12/2009 | Letter Received | Received copy of amicus brief from US DOJ | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 ③ |
| 05/12/2009 | Work Done | reviewed US DOJ amicus brief | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.80 | $ 280.00 |
| 05/21/2009 | Letter Received | Received Trustee's reply brief | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 ③ |
| 05/22/2009 | Work Done | reviewed Trustee's reply brief | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 |
| 07/20/2009 | Work Done | reviewed 7th crcuit decision in Brothers v. Turner; considered application to our case | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.60 | $ 210.00 |
| 07/22/2009 | Work Done | received and reviewed dunford opinion of J. Schmetterer regarding 101(10)(A)(ii) | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.60 | $ 210.00 |
| 07/23/2009 | Letter Received | received and reviewed letter to 7th circuit with supplemental authority urging the court to affirm | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 07/23/2009 | Work Done | reviewed Nowlin 5th circuit decision | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.50 | $ 175.00 |

| Time Itemization for Richard Johnson, Debtor | | | | Docket No.: 08-12062 | | |
|---|---|---|---|---|---|---|

| Date | Activity | Employee Name | Title | Rate | Time | Value |
|---|---|---|---|---|---|---|
| 08/06/2009 | **Client Email Received** <br> Received, reviewed and docketed email from clients approving giving the US DOJ six minutes of our oral argument time, and asking for an opinion on the liklihood of success | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 08/06/2009 | **Client Email Sent** <br> Drafted and sent email response to clients advising our opinion of the liklihood of success based on Turner | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 08/06/2009 | **Client Email Sent** <br> Drafted email to clients requesting they agree to allow US DOJ oral argument time, and rationale behind that | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 08/06/2009 | **Call Incoming** <br> professor ned waxman, discussing starting point approach and 101(10)(a)(ii) (dunford case), and potential arguments to be brought up at oral argument | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.90 | $ 315.00 |
| 08/06/2009 | **Email Received** <br> email from DOJ requesting to share in oral argument time | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 08/06/2009 | **Email Sent** <br> Drafted and sent email to Atty Gold advising him that clients are allowing DOJ 6 minutes of argument time | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 |
| 08/06/2009 | **Email Sent** <br> Drafted response to Atty Gold at DOJ advising that I had requested client's permission to allow them oral argument time | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| 08/07/2009 | **Email Received** <br> Response from Atty Gold @ DOJ thanking us for allowing them to participate | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.10 | $ 35.00 |
| 08/11/2009 | **Letter Received** <br> Received and reviewed motion to participate in oral argument filed by US DOJ | Curtis, Nathan E. | Supervising attorney | $ 350.00 | 0.20 | $ 70.00 |
| | | | | | 105.20 | |
| | | | | | | $ 33,663.50 |